# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

KEITH WATERS,

        Plaintiff,

        V.        CASE NUMBER: 9:15-CV-805

SGT. A. MELENDEZ; LT. SHERIDAN; CHO ERIC GUTWEIN;
A. PRACK; MUSCHETT; COREY BEDARD; SCOTT LAMPHERE and
OPAL RIVERA,

        Defendants.

[x]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that this action is dismissed in accordance with the Decision and Order of Senior Judge Thomas J. McAvoy dated June 21, 2018 which **ORDERED** that the Report-Recommendation of Magistrate Judge Hummel, dkt. # 88, is hereby **ACCEPTED** and **ADOPTED**; **ORDERED** that Plaintiff's objections, dkt. # 90, are hereby **OVERRULED**; **ORDERED** that Defendants' motion for summary judgment, dkt. # 81, is **GRANTED;** and directed that the Clerk close the case.

June 21, 2018
DATE

Clerk of Court

ENTERED ON DOCKET:        s/Nancy A. Steves
6-21-18 by NAS        (BY) DEPUTY CLERK